UNITED STATES  DISTRICT COURT

Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　v.<br>THOMAS PERRY,<br>　　　　　　Defendant.<br>_____/ | No. C-11-4075 MEJ<br><br>**NOTICE OF REASSIGNMENT** |

Pursuant to 28 U.S.C. § 636(b)(1)(B), this matter has been referred to Magistrate Judge Maria-Elena James for all purposes including trial and entry of judgment.  All future filings shall reflect the initials "MEJ" after the case number, as designated above.  The parties shall file a joint status report by December 8, 2011.

**IT IS SO ORDERED.**

Dated: October 31, 2011

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

  v.

THOMAS PERRY et al,

        Defendant.

Case Number: CV11-04075 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 31, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Thomas Perry
1741 Brompton Street
Petaluma, CA 94954-8581

Dated: October 31, 2011

                              Richard W. Wieking, Clerk
                              By: Brenda Tolbert, Deputy Clerk