UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C-11-4075 MEJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| THOMAS PERRY, | |
| Defendant. | |

On October 31, 2011, the Court ordered the parties in this case to file a joint status report by December 8, 2011. Dkt. No. 5. On December 8, Plaintiff United States of America filed a separate Case Management Statement, in which counsel states that Defendant Thomas Perry failed to provide a faxed signed Joint CMC statement by the December 8 deadline. Accordingly, the Court hereby ORDERS Defendant Thomas Perry to show cause why sanctions should not be imposed against him for failure to comply with court deadlines. Perry shall file a declaration by December 27, 2011, and the Court shall conduct an order to show cause hearing on January 12, 2012 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

However, should Perry provide Plaintiff's counsel with the signed Joint CMC statement and ensures that it is filed by December 27, this Order to Show Cause shall be automatically vacated pursuant to this Order.

**IT IS SO ORDERED.**

Dated: December 12, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

  v.

THOMAS PERRY et al,

        Defendant.

Case Number: CV11-04075 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 12, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Thomas Perry
1741 Brompton Street
Petaluma, CA 94954-8581

Dated: December 12, 2011

                                Richard W. Wieking, Clerk
                                By: Brenda Tolbert, Deputy Clerk

2