| | |
|---|---|
| 1 | **MICHAEL COSENTINO SBN 83253**<br>**ATTORNEY AT LAW** |
| 2 | **PO BOX 129**<br>**ALAMEDA, CA  94501** |
| 3 | **Telephone: (510) 523-4702**<br>**Fax:         (510) 747-1640** |
| 4 | |
| 5 | **COUNSEL FOR THE UNITED STATES**<br>**OF AMERICA, PLAINTIFF** |

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Case NO. **C11-4075 MEJ** |
| Plaintiff, | ) ) | **JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |
| v. | ) ) | |
| **THOMAS PERRY,** | ) ) | Date: none set |
| Defendant. | ) ) | Time:<br>Judge: Magistrate Judge<br>Maria-Elena James |

**The above entitled parties submit their Joint Case Management Statement, with # 20 as the first matter, as follows.**

20.     The parties conferred by telephone on or about December 7, 2011.

Plaintiff filed its CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES on November 30, 2011; defendant filed his CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES concurrently herewith.

On November 25, 2011, plaintiff's counsel submitted defendant's LOAN DISCHARGE APPLICATION: UNPAID REFUND to the US Department of Education. Because the evaluation of such applications can take six weeks or so, and because if the application is approved, the herein complaint can be dismissed, the parties request

1  that the court allow approximately six weeks for the parties to submit an updated CMC
2  statement.
3  1.     Jurisdiction and Service        Plaintiff is the United States of America; 28
4         U.S.C. § 1345. All parties have been served; there are no counterclaims.
5  2.     Facts          Plaintiff alleges that defendant received a disbursal on a
6  student loan promissory note in the amount of $1,313.00 on May 27, 1988; a balance
7  of $2,445.31 remains on the obligation.
8         Plaintiff further alleges that defendant received a disbursal on a second student
9  loan promissory note in the amount of $1,740.00 on May 27, 1988; a balance of
10 $4,052.84 remains on the obligation.
11        Defendant denies that he is obligated in any manner whatsoever for the 2
12 alleged student loans, and he has submitted a LOAN DISCHARGE APPLICATION:
13 UNPAID REFUND to the US Department of Education for evaluation.
14 3.     Legal Issues    None; contract law applies.
15 4.     Motions         No motions are pending; a dispositive motion is anticipated
16        in the event the parties cannot resolve the case.
17 5.     Amendment of Pleadings          None anticipated.
18 6.     Evidence Preservation           None in issue.
19 7.     Disclosures     None required.
20 8.     Discovery       None anticipated.
21 9.     Class Actions   Not applicable.
22 10.    Related Cases   None.
23 11.    Relief          Plaintiff seeks a money judgment based upon 2 student loan
24        promissory notes guaranteed by plaintiff.
25 12.    Settlement and ADR              No ADR is contemplated by either party.
26 13.    Consent to Magistrate Judge For All Purposes    Each party has filed its
27        consent.
28 14.    Other References                None Applicable.

17. <u>Scheduling</u>     In the event the case does not settle, a dispositive motion should be set.

18. <u>Trial</u>     In the event a trial is necessary, ½ day is anticipated.

19. <u>Disclosure of Non-party Interested Entities or Persons</u>     None.

**SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

Pursuant to Civil L.R. 16-6, each of the undersigned certifies that he or she has read the brochure entitled "Dispute Resolution Procedures in the Northern District of California," discussed the available dispute resolution options provided by the court and private entities and has considered whether this case might benefit from any of the available dispute resolution options.

December 9, 2011     _s/s_
M. COSENTINO, Counsel for the U.S.

Thomas f. Perry, pro se Defendant

Parties to file joint status report by February 9, 2012. The order to show cause is VACATED.

Dated: December 30, 2011

Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOINT CMC STATEMENT CAND # C11-4075 MEJ US v PERRY