MICHAEL COSENTINO SBN 83253
ATTORNEY AT LAW
PO BOX 129
ALAMEDA, CA  94501
Telephone: (510) 523-4702
Fax:           (510) 747-1640

COUNSEL FOR THE UNITED STATES
OF AMERICA, PLAINTIFF

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case NO. **C11-4075 MEJ** |
| Plaintiff, | **JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |
| v. | |
| THOMAS PERRY, | Date: none set |
| Defendant. | Time: |
| | Judge: Magistrate Judge Maria-Elena James |

**The above entitled parties submit their Joint Case Management Statement, with # 20 as the first matter, as follows.**

20.     The parties conferred by telephone on or about December 7, 2011.

Plaintiff filed its CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES on November 30, 2011; defendant filed his CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES concurrently herewith.

On November 25, 2011, plaintiff's counsel submitted defendant's LOAN DISCHARGE APPLICATION: UNPAID REFUND to the US Department of Education. Because the evaluation of such applications can take six weeks or so, and because if the application is approved, the herein complaint can be dismissed, the parties request

that the court allow approximately six weeks for the parties to submit an updated CMC statement.

1. <u>Jurisdiction and Service</u>     Plaintiff is the United States of America; 28 U.S.C. § 1345. All parties have been served; there are no counterclaims.

2. <u>Facts</u>     Plaintiff alleges that defendant received a disbursal on a student loan promissory note in the amount of $1,313.00 on May 27, 1988; a balance of $2,445.31 remains on the obligation.

Plaintiff further alleges that defendant received a disbursal on a second student loan promissory note in the amount of $1,740.00 on May 27, 1988; a balance of $4,052.84 remains on the obligation.

Defendant denies that he is obligated in any manner whatsoever for the 2 alleged student loans, and he has submitted a LOAN DISCHARGE APPLICATION: UNPAID REFUND to the US Department of Education for evaluation.

3. <u>Legal Issues</u>     None; contract law applies.

4. <u>Motions</u>     No motions are pending; a dispositive motion is anticipated in the event the parties cannot resolve the case.

5. <u>Amendment of Pleadings</u>     None anticipated.

6. <u>Evidence Preservation</u>     None in issue.

7. <u>Disclosures</u>     None required.

8. <u>Discovery</u>     None anticipated.

9. <u>Class Actions</u>     Not applicable.

10. <u>Related Cases</u>     None.

11. <u>Relief</u>     Plaintiff seeks a money judgment based upon 2 student loan promissory notes guaranteed by plaintiff.

12. <u>Settlement and ADR</u>     No ADR is contemplated by either party.

13. <u>Consent to Magistrate Judge For All Purposes</u>     Each party has filed its consent.

14. <u>Other References</u>     None Applicable.

1  17.    Scheduling           In the event the case does not settle, a dispositive motion
2  should be set.
3  18.    Trial                In the event a trial is necessary, ½ day is anticipated.
4  19.    Disclosure of Non-party Interested Entities or Persons    None.
5  **SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**
6  Pursuant to Civil L.R. 16-6, each of the undersigned certifies that he or she
7  has read the brochure entitled "Dispute Resolution Procedures in the Northern
8  District of California," discussed the available dispute resolution options
9  provided by the court and private entities and has considered whether this case
10 might benefit from any of the available dispute resolution options.

12 December 9, 2011           s/s
                              M. COSENTINO, Counsel for the U.S.

                              Thomas f. Perry, pro se Defendant

Parties to file joint status report by February 9, 2012. The order to show cause is VACATED.

Dated: December 30, 2011

Judge Maria-Elena James

JOINT CMC STATEMENT CAND # C11-4075 MEJ US v PERRY