1  MICHAEL COSENTINO SBN 83253
   ATTORNEY AT LAW
2  PO BOX 129
   ALAMEDA, CA 94501
3  Telephone: (510) 523-4702
   Fax:       (510) 747-1640
4
   COUNSEL FOR THE UNITED STATES
5  OF AMERICA, PLAINTIFF



GRANTED

Judge Maria-Elena James

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Case NO. **C11-4075 MEJ** |
|---|---|---|
| Plaintiff, | ) ) | **JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |
| v. | ) ) | |
| THOMAS PERRY, | ) ) | Date: none set |
| Defendant. | ) ) | Time: Judge: Magistrate Judge Maria-Elena James |

    **The above entitled parties submit their Joint Case Management Statement, with # 20 as the first matter, as follows.**

20.    The parties conferred by telephone on or about December 7, 2011.

    Plaintiff filed its CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES on November 30, 2011; defendant filed his CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES concurrently herewith.

    On November 25, 2011, plaintiff's counsel submitted defendant's LOAN DISCHARGE APPLICATION: UNPAID REFUND to the US Department of Education. To date, plaintiff has failed to render a decision on defendant's application; the evaluation of such applications normally would take six weeks or so. However, the US

1 Department of Education does not have the personnel to process such applications
2 within the normal time limits; accordingly, pending a decision on the discharge
3 application submitted November 25, 2012, the parties request that the court allow
4 another six weeks for the parties to submit an updated CMC statement.

5  1.   Jurisdiction and Service      Plaintiff is the United States of America; 28
6       U.S.C. § 1345. All parties have been served; there are no counterclaims.
7  2.   Facts      Plaintiff alleges that defendant received a disbursal on a
8 student loan promissory note in the amount of $1,313.00 on May 27, 1988; a balance
9 of $2,445.31 remains on the obligation.

10      Plaintiff further alleges that defendant received a disbursal on a second student
11 loan promissory note in the amount of $1,740.00 on May 27, 1988; a balance of
12 $4,052.84 remains on the obligation.

13      Defendant denies that he is obligated in any manner whatsoever for the 2
14 alleged student loans, and he has submitted a LOAN DISCHARGE APPLICATION:
15 UNPAID REFUND to the US Department of Education for evaluation.

16  3.   Legal Issues      None; contract law applies.
17  4.   Motions      No motions are pending; a dispositive motion is anticipated
18       in the event the parties cannot resolve the case.
19  5.   Amendment of Pleadings      None anticipated.
20  6.   Evidence Preservation      None in issue.
21  7.   Disclosures      None required.
22  8.   Discovery      None anticipated.
23  9.   Class Actions      Not applicable.
24  10.  Related Cases      None.
25  11.  Relief      Plaintiff seeks a money judgment based upon 2 student loan
26       promissory notes guaranteed by plaintiff.
27  12.  Settlement and ADR      No ADR is contemplated by either party.
28  13.  Consent to Magistrate Judge For All Purposes      Each party has filed its



1 | consent.

2 | 14.   **Other References**              None Applicable.

3 | 15.   **Narrowing of Issues**           None Applicable.

4 | 16.   **Expedited Schedule**            in the event the case is not dismissed based

5 | upon approval of defendant's LOAN DISCHARGE APPLICATION: UNPAID REFUND,

6 | nor settled, the court should order that the parties are to file dispositive motions by a

7 | day certain; plaintiff requests a deadline of 90 days subsequent to the next date for the

8 | parties to file an updated CMC statement.

9 | 17.   **Scheduling**        In the event the case does not settle, a dispositive motion

10 | should be set.

11 | 18.   **Trial**             In the event a trial is necessary, ½ day is anticipated.

12 | 19.   **Disclosure of Non-party Interested Entities or Persons**    None.

13 | **SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

14 | Pursuant to Civil L.R. 16-8, each of the undersigned certifies that he or she

15 | has read the brochure entitled "Dispute Resolution Procedures in the Northern

16 | District of California," discussed the available dispute resolution options

17 | provided by the court and private entities and has considered whether this case

18 | might benefit from any of the available dispute resolution options.

19 |

20 | February 8, 2012         s/s
                              M. COSENTINO, Counsel for the U.S.
21 |

22 | February 8, 2012
                              Thomas E. Perry, pro se Defendant
23 |

24 | The parties shall file an updated joint status report by March 29, 2012. Plaintiff's counsel shall serve this Order upon Defendant.

25 |

26 | Dated: February 8, 2012

27 |

28 |

*Judge Maria-Elena James*
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA