

MICHAEL COSENTINO SBN 83253
ATTORNEY AT LAW
PO BOX 129
ALAMEDA, CA 94501
Telephone: (510) 523-4702
Fax: (510) 747-1640

COUNSEL FOR THE UNITED STATES
OF AMERICA, PLAINTIFF

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case NO. **C11-4075 MEJ** |
|---|---|
| Plaintiff, | **JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |
| v. | |
| THOMAS PERRY, | Date: none set<br>Time:<br>Judge: Magistrate Judge<br>Maria-Elena James |
| Defendant. | |

**The above entitled parties submit their Joint Case Management Statement, with # 20 as the first matter, as follows.**

20. The parties conferred by telephone on or about December 7, 2011.

Plaintiff filed its CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES on November 30, 2011; defendant filed his CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES concurrently herewith.

On November 25, 2011, plaintiff's counsel submitted defendant's LOAN DISCHARGE APPLICATION: UNPAID REFUND to the US Department of Education. To date, plaintiff has failed to render a decision on defendant's application; the evaluation of such applications normally would take six weeks or so. However, the US

Department of Education does not have the personnel to process such applications within the normal time limits; accordingly, pending a decision on the discharge application submitted November 25, 2012, the parties request that the court allow another six weeks for the parties to submit an updated CMC statement.

1. <u>Jurisdiction and Service</u>    Plaintiff is the United States of America; 28 U.S.C. § 1345. All parties have been served; there are no counterclaims.

2. <u>Facts</u>    Plaintiff alleges that defendant received a disbursal on a student loan promissory note in the amount of $1,313.00 on May 27, 1988; a balance of $2,445.31 remains on the obligation.

Plaintiff further alleges that defendant received a disbursal on a second student loan promissory note in the amount of $1,740.00 on May 27, 1988; a balance of $4,052.84 remains on the obligation.

Defendant denies that he is obligated in any manner whatsoever for the 2 alleged student loans, and he has submitted a LOAN DISCHARGE APPLICATION: UNPAID REFUND to the US Department of Education for evaluation.

3. <u>Legal Issues</u>    None; contract law applies.

4. <u>Motions</u>    No motions are pending; a dispositive motion is anticipated in the event the parties cannot resolve the case.

5. <u>Amendment of Pleadings</u>    None anticipated.

6. <u>Evidence Preservation</u>    None in issue.

7. <u>Disclosures</u>    None required.

8. <u>Discovery</u>    None anticipated.

9. <u>Class Actions</u>    Not applicable.

10. <u>Related Cases</u>    None.

11. <u>Relief</u>    Plaintiff seeks a money judgment based upon 2 student loan promissory notes guaranteed by plaintiff.

12. <u>Settlement and ADR</u>    No ADR is contemplated by either party.

13. <u>Consent to Magistrate Judge For All Purposes</u>    Each party has filed its

2



```
 1        consent.
 2  14.   Other References           None Applicable.
 3  15.   Narrowing of Issues        None Applicable.
 4  16.   Expedited Schedule         in the event the case is not dismissed based
 5  upon approval of defendant's LOAN DISCHARGE APPLICATION: UNPAID REFUND,
 6  nor settled, the court should order that the parties are to file dispositive motions by a
 7  day certain; plaintiff requests a deadline of 90 days subsequent to the next date for the
 8  parties to file an updated CMC statement.
 9  17.   Scheduling     In the event the case does not settle, a dispositive motion
10  should be set.
11  18.   Trial          In the event a trial is necessary, ½ day is anticipated.
12  19.   Disclosure of Non-party Interested Entities or Persons    None.
13  SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL
14  Pursuant to Civil L.R. 16-8, each of the undersigned certifies that he or she
15  has read the brochure entitled "Dispute Resolution Procedures in the Northern
16  District of California," discussed the available dispute resolution options
17  provided by the court and private entities and has considered whether this case
18  might benefit from any of the available dispute resolution options.
19
20  February 8, 2012            s/s
                            M. COSENTINO, Counsel for the U.S.
21
22  February 8, 2012
                            Thomas E. Perry, pro se Defendant
23
24  The parties shall file an updated joint status report by March 29, 2012.
    Plaintiff's counsel shall serve this Order upon Defendant.
25
26  Dated: February 8, 2012
27
28
```

Judge Maria-Elena James