**MICHAEL COSENTINO SBN 83253**
**ATTORNEY AT LAW**
**PO BOX 129**
**ALAMEDA, CA  94501**
Telephone: (510) 523-4702
Fax:        (510) 747-1640

**COUNSEL FOR THE UNITED STATES**
**OF AMERICA, PLAINTIFF**

*GRANTED — Judge Maria-Elena James* (stamp, United States District Court, Northern District of California)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> **THOMAS PERRY**, ) <br> ) <br> Defendant. ) <br> ) <br> _____) | Case NO. **C11-4075 MEJ** <br><br> ~~JOINT~~ **CASE MANAGEMENT CONFERENCE STATEMENT; PLAINTIFF'S** <br><br> Date: none set <br> Time: <br> Judge: Magistrate Judge <br> Maria-Elena James |

Plaintiff's counsel faxed a Joint statement to defendant on March 26, 2012, followed by a telephone call to defendant on March 29, 2012, requesting information for defendant's statement.  Upon receiving no response to either communication, plaintiff files its separate CMC statement.

**The above entitled ~~parties~~ plaintiff submits ~~their~~ its updated Joint Case Management Statement as follows.**

**Plaintiff:**       Plaintiff DENIED defendant's LOAN DISCHARGE APPLICATION: UNPAID REFUND on March 26, 2012; the denial letter was mailed to defendant on March 26, 2012.  The basis for the denial is indicated in the denial letter. Further, on March 26, 2012, counsel for plaintiff provided additional information

to defendant indicating that he is liable for the debts that are the subject of the herein litigation.

Accordingly, it is the plaintiff's position that defendant should consent to the judgment sought by plaintiff, which would include a payment schedule that would pay off the judgment within 36 months.  This would require a monthly payment of approximately $185.00.   In the event defendant believes he is unable to afford such a monthly payment, plaintiff will require that defendant submit financial information and, based upon his ability to pay, plaintiff will set a lower monthly payment amount.

If the matter is not settled by consent judgment, plaintiff requests that the matter be set for filing dispositive motions approximately 90 days subsequent to the date of the anticipated CMC hearing, or from March 29, 2012.

**Defendant**:


Plaintiff shall file any dispositive motion by June 28, 2012, in compliance with Civil Local Rule 7.  Plaintiff shall serve this order upon Defendant.

**IT IS SO ORDERED.**

Dated: March 30, 2012

*[Seal: United States District Court, Northern District of California — Judge Maria-Elena James]*

March 29, 2012            _____/s/_____
_____M. COSENTINO, Counsel for the U.S.

March _____, 2012         _____
                          Thomas F. Perry, pro se Defendant

2