1  **MICHAEL COSENTINO SBN 83253**
   **ATTORNEY AT LAW**
2  **PO BOX 129**
   **ALAMEDA, CA  94501**
3  Telephone: (510) 523-4702
   Fax:          (510) 747-1640
4
   **COUNSEL FOR THE UNITED STATES**
5  **OF AMERICA, PLAINTIFF**



GRANTED
Judge Maria-Elena James

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

12  **UNITED STATES OF AMERICA**,        )   Case NO. **C11-4075 MEJ**
                                         )
13                    Plaintiff,         )   ~~JOINT~~ **CASE MANAGEMENT**
                                         )   **CONFERENCE STATEMENT;**
14             v.                        )   **PLAINTIFF'S**
                                         )
15                                       )
    **THOMAS PERRY**,                    )   Date: none set
16                                       )   Time:
                      Defendant.         )   Judge: Magistrate Judge
17                                       )   Maria-Elena James
                                         )
18  _____)

19       Plaintiff's counsel faxed a Joint statement to defendant on March 26, 2012,
20  followed by a telephone call to defendant on March 29, 2012, requesting information
21  for defendant's statement.  Upon receiving no response to either communication,
22  plaintiff files its separate CMC statement.
23       **The above entitled ~~parties~~ plaintiff submits ~~their~~ its updated Joint Case**
24  **Management Statement as follows.**
25       **Plaintiff:**        Plaintiff DENIED defendant's LOAN DISCHARGE
26  APPLICATION: UNPAID REFUND on March 26, 2012; the denial letter was mailed to
27  defendant on March 26, 2012.  The basis for the denial is indicated in the denial letter.
28  Further, on March 26, 2012, counsel for plaintiff provided additional information

1  to defendant indicating that he is liable for the debts that are the subject of the herein
2  litigation.
3      Accordingly, it is the plaintiff's position that defendant should consent to the
4  judgment sought by plaintiff, which would include a payment schedule that would pay
5  off the judgment within 36 months.  This would require a monthly payment of
6  approximately $185.00.   In the event defendant believes he is unable to afford such a
7  monthly payment, plaintiff will require that defendant submit financial information and,
8  based upon his ability to pay, plaintiff will set a lower monthly payment amount.
9      If the matter is not settled by consent judgment, plaintiff requests that the
10 matter be set for filing dispositive motions approximately 90 days subsequent to the
11 date of the anticipated CMC hearing, or from March 29, 2012.
12   **Defendant**:

14 Plaintiff shall file any dispositive motion by June 28, 2012, in compliance with Civil
   Local Rule 7.  Plaintiff shall serve this order upon Defendant.

16   **IT IS SO ORDERED.**

17 Dated: March 30, 2012

                                    _____
                                    Judge Maria-Elena James
                                    (seal of United States District Court, Northern District of California)

25 March 29, 2012            _____/s/_____
                            M. COSENTINO, Counsel for the U.S.

27 March _____, 2012         _____
                            Thomas F. Perry, pro se Defendant

2