UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>  v.<br>THOMAS PERRY,<br>        Defendant.<br>_____/ | No. C 11-4075 MEJ<br><br>**SECOND ORDER TO SHOW CAUSE** |

On June 26, 2012, the government filed a motion for summary judgment, with a noticed hearing date of August 9, 2012. Dkt. No. 17. However, Defendant Thomas Perry failed to file an opposition pursuant to Civil Local Rule 7. Accordingly, the Court hereby VACATES the August 9 hearing and ORDERS Thomas Perry to show cause why the government's motion should not be granted. Defendant shall file a declaration by August 9, 2012. If Defendant files a responsive declaration, the Court shall either issue an order based on the declaration or conduct a hearing on August 23, 2012 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Defendant is hereby informed that the Court may grant the government's motion without a hearing if Defendant fails to file a responsive pleading. Thus, it is imperative that Defendant file a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: July 19, 2012

                                                                               _____<br>
                                                                               Maria-Elena James<br>
                                                                               Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff(s),

  v.

THOMAS PERRY,

        Defendant(s).

No. C 11-04075 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 19, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Thomas Perry
1741 Brompton Street
Petaluma, CA 94954-8581

Dated: July 19, 2012

Richard W. Wieking, Clerk
By: Rose Maher, Deputy Clerk

2