UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>  v.<br><br>THOMAS PERRY,<br><br>        Defendant.<br>_____ / | No. C 11-4075 MEJ<br><br>**ORDER GRANTING MOTION FOR SUMMARY JUDGMENT**<br><br>**Re: Docket No. 17** |

On June 26, 2012, the government filed a motion for summary judgment, with a noticed hearing date of August 9, 2012. Dkt. No. 17. However, Defendant Thomas Perry failed to file an opposition pursuant to Civil Local Rule 7. Accordingly, the Court ordered Perry to show cause why the government's motion should not be granted. The Court warned Perry that it would grant the government's motion without a hearing if he failed to respond. Perry failed to respond. Accordingly, for the reasons argued in the government's motion and based on Perry's failure to oppose the motion, the Court hereby GRANTS the government's motion for summary judgment as follows:

    1. On its first cause of action, for $2,497.80 consisting of $983.68 in principal plus $1,514.12 in interest, as of August 9, 2012, plus $0.22 per day subsequent to August 9, 2012; and

    2. On its second cause of action, for $4,087.52, consisting of $1,573.28 in principal plus $2,514.24 in interest as of August 9, 2012, plus $0.15 per day subsequent to August 9, 2012.

    THEREFORE, the total judgment in this matter is $6,585.32 as of August 9, 2012, plus $0.37 per day subsequent to August 9, 2012.

    **IT IS SO ORDERED.**

Dated: August 16, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

USA,

      Plaintiff(s),

  v.

THOMAS PERRY,

      Defendant(s).

No. C 11-04075 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 16, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Thomas Perry
1741 Brompton Street
Petaluma, CA 94954-8581

Dated: August 16, 2012

        Richard W. Wieking, Clerk
        By: Rose Maher, Deputy Clerk